IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEFFIE SURGICK, ET. AL.,<br>    PLAINTIFF(S) | ) ) ) | DOCKET NO. 1:09-cv-3807-NLH-KMW |
| V. | ) ) ) | CIVIL ACTION |
| ACQUANETTA CIRELLA, ET. AL.,<br>[IN THE MATTER OF THE ESTATE<br>OF JAMES LESLIE SURGICK<br>(DECEASED)]<br>    DEFENDANTS. | ) ) ) ) ) ) | APPLICATION FOR ENTRY OF<br>DEFAULT JUDGMENT |

The default of the defendants, Acquanetta Cirella and Rose Surgick, having been entered herein:

Pursuant to Rule 55(b)(2), the Federal Rules of Civil Procedure, the plaintiffs request the Court to enter default judgment against said defendants against whom default has been entered by the Clerk of this Court.

*Zeffie Surgick*
ZEFFIE SURGICK/PRO SE
4333 North 27th Ave. Apt. 102
Phoenix, Az. 85017-4368
602-577-7664