IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEFFIE SURGICK, ET. AL.<br>  PLAINTIFF(S)<br><br>V.<br><br>ACQUANETTA CIRELLA, ET. AL.<br>[IN THE MATTER OF THE ESTATE<br>OF JAMES LESLIE SURGICK<br>(DECEASED)]<br>  DEFENDANTS. | DOCKET NO. 1:09-cv-3807-NLH-KMW<br><br>CIVIL ACTION<br><br>DEFAULT JUDGMENT |

  This matter having come on before the Court on the plaintiff(s) Zeffie Surgick and Cordelia Johnson's motion for Entry of Default Judgment and the Court having reviewed the pleadings of record and the Affidavits submitted by the plaintiff, Zeffie Surgick in connection therewith, finds that Acquanetta Cirella and Rose Surgick was regularly served with process and failed to appear and answer the plaintiff's amended complaint within the period prescribed by law, that the default of Acquanetta Cirella and Rose Surgick was duly entered by the Clerk of this Court, that the plaintiff's are seeking injunctive relief for the administrative file and other requested documents of the tax returns and return information of their deceased father James leslie Surgick, that Acquanetta Cirella and Rose Surgick are neither an infant nor incompetent, and that Zeffie Surgick and Cordelia Johnson are entitled to the relief requested.

  Based upon the foregoing findings, and good cause appearing therefor:

Dated: February 2, 2010

                _____
                Zeffie Surgick Pro Se